John Rossi; *Charles J. Rogers, Jr.,* for Rudolpho G. Sciarra, for defendants-petitioners.

Ex. &c. No. 1566. STATE *v.* MAURICE LERNER. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Ronald Chisholm,* Boston, Mass., *Raymond J. Daniels,* for defendant-petitioner.

Ex. &c. No. 1566. STATE *v.* RAYMOND L. S. PATRIARCA. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Harvey Brower,* Lawrence, Mass., *Harris L. Berson,* for defendant-petitioner.

Ex. No. 1574. STATE *v.* GERALD M. LACHAPELLE. Motion of defendant for admission to bail denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Alton W. Wiley,* Asst. Public Defender, for defendant.

APPEAL No. 73-89. BARBARA SULLIVAN *v.* HELEN SULLIVAN *et al.* Motion of appellee for a peremptory hearing denied. *Edward E. Dillon, Jr.,* for appellee. *J. Joseph Nugent, Nugent & Nugent,* for appellants.

APPEAL No. 73-143. BARBARA TAMBORELLI *v.* RICHARD K. AMAZINE *et al.* Appellee-respondent's motion to dismiss appeal is denied. Motion to remand is granted, and the papers ordered transmitted to the Superior Court for further proceedings. *Nathan Spungin,* for appellee-respondent. *Aram K. Berberian,* for appellants-petitioners.